## Karl Paul Vossbrinck *v.* Town of Monroe et al.
### (6100)

Spallone, Norcott and Foti, Js.

Submitted on briefs September 1—decision released October 11, 1988

*Karl Paul Vossbrinck,* pro se, the appellant (plaintiff), filed a brief.

*Christopher J. Lynch* filed a brief for the appellees (defendants).

Per Curiam. There is no error.